LINCOLN PARK NURSING AND CONVALESCENT CENTER v.
DIVISION OF MEDICAL ASSISTANCE AND
HEALTH SERVICES.

January 17, 1984.

Petition for certification denied.

BOROUGH OF HASBROUCK HEIGHTS v. PARK
TERRACE GARDENS, INC.

January 17, 1984.

Petition for certification denied.

JOHN RUMBAUSKAS v. EXXON CHEMICAL COMPANY, U.S.A.

January 17, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM KELLY.

January 17, 1984.

Petition for certification denied.